# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Troy L. Plemmons
                      Plaintiff,

v.                                     Case No.: 3:18−cv−50389
                                                  Honorable Iain D. Johnston

Sara Rokey, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: Counsel, the Court would like to inform you of important recent events. First, apparently, Taylor Swift and Travis Kelce are in a relationship. Second, the United State government may soon be shutting down. The Court isn't sure which will last longer, but certainly hopes it's the former. And the Court doesn't have much information about the former—maybe check in with Meredith Grey, Olivia Benson, or Benjamin Button as they may have the scoop. But the Court has information about the latter. Per standard operating procedure, the Court will send summons to the jurors for your cases. But if a budget, continuing resolution, or some other form of funding is not passed by Congress and signed by the President in time for your trials, the trials will be cancelled. There will be no money to pay the jurors. The Court is fully cognizant of the Sixth Amendment's right to a speedy trial in criminal cases and the Seventh Amendment's right to a jury trial in civil cases. But, unfortunately, this is the world in which we now live. The Court will keep you posted and in the meantime will be picking up every stray penny it sees. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.